IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AS SABUR MALIK KHAN                       :   CIVIL ACTION
                                          :
         v.                               :
                                          :
DEPARTMENT OF PUBLIC WELFARE,             :   NO. 12-4289
et al.                                    :

FILED
AUG - 7 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

O R D E R

AND NOW, this 6th day of August, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and his complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court. If plaintiff fails to file an amended complaint within the thirty-day time period, his case will be DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

_____
PETRESE B. TUCKER, J.