IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AS SABUR MALIK KHAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF PUBLIC WELFARE, et al. | : | NO. 12-4289 |

## O R D E R

AND NOW, this 21st day of September, 2012, upon consideration of plaintiff's amended complaint (Document No. 5), IT IS ORDERED that:

1. Plaintiff's amended complaint is DISMISSED for the reasons discussed in the Court's Memorandum.

2. This case shall remain CLOSED.

BY THE COURT:

_/s/ Petrese B. Tucker_
PETRESE B. TUCKER, J.